**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**


ANTHONY L. McKINNEY,

<table>
<tr><td>Petitioner,</td><td>:</td><td>Case No. 2:26-cv-00768</td></tr>
<tr><td>- vs -</td><td></td><td>District Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Michael R. Merz</td></tr>
<tr><td>MARK FISHER, WARDEN,<br>Madison Correctional Institution,</td><td></td><td></td></tr>
<tr><td></td><td>:</td><td></td></tr>
<tr><td>Respondent.</td><td></td><td></td></tr>
</table>

## DECISION AND ORDER DENYING MOTION FOR STAY


This habeas corpus case, brought *pro se* by Petitioner Anthony McKinney, is before the Court on Petitioner's Motion for Stay, pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005)(ECF No. 6).

On June 29, 2026, the Court transferred this case to the Sixth Circuit upon a determination that the Petition was "second or successive" and therefore required permission from the circuit court to proceed (Transfer Order, ECF No. 4). Entry of that Order deprived this Court of jurisdiction until the Sixth Circuit decides whether it may proceed, either because the Transfer Order was improvidently entered or because it grants permission to proceed. A transfer order, when docketed in the court of appeals, deprives the district court of jurisdiction to, e.g., reconsider the transfer order. *Jackson v. Sloan*, 800 F.3d 260, 261 (6th Cir. 2015). On July 2, 2026, the Sixth Circuit opened its Case No. 26-3604 thus completing the transfer.

Therefore Petitioner's Motion to Stay is DENIED for lack of jurisdiction, without prejudice

1

to its renewal if jurisdiction is returned to this Court.

July 10, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge